UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CASE NO: 3:22-CR-13 |
| | ) |
| v. | ) |
| | ) |
| PAWANDEEP SINGH | ) |

### ORDER ON MOTION TO DISMISS

Based on the government's motion, leave of court is granted for the dismissal with prejudice of the charges pending against defendant PAWANDEEP SINGH under the above referenced indictment.

So ORDERED, this 3rd day of April, 2023.

_____
HON. DUDLEY H. BOWEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

Proposed order prepared by AUSA Kirkland.